# EXHIBIT

# A



August 27, 2025

Dear Calvin L Smith:

Antonio Sofo & Sons Importing Co. ("Sofo Foods") writes to inform you of an event that may affect the privacy of your information. We are providing information about the event, our response, and steps you can take to help protect your information, should you feel it appropriate to do so.

**What Happened.** On or about July 29, 2025 we identified unauthorized activity within our network. Once identified, we took steps to isolate and secure our network and engaged third-party specialists to assist in the containment of the activity and investigate the nature and scope of the activity. The investigation determined that some data within our network was accessed or potentially copied without authorization. We subsequently reviewed the data to determine the contents of the data and to whom the data related. We completed our review on August 12, 2025 and are now providing notification to potentially impacted individuals who may have had information contained in the reviewed data.

**What Information Was Involved.** The information present within the reviewed data may include: name and Social Security number.

**What We Are Doing.** Upon learning of this event, we quickly secured the network environment and undertook a thorough investigation. We have also implemented additional technical safeguards to further enhance the security of information in our possession and to prevent similar incidents from happening in the future. Additionally, we are offering you 12 months of complimentary credit monitoring and identity protection services.

**What You Can Do.** We encourage you remain vigilant by regularly reviewing and monitoring all your account statements, explanation of benefits statements, and credit history to guard against any unauthorized transactions or activity. If you discover any suspicious or unusual activity on your accounts, please promptly contact your financial institution or company. You can also review the enclosed "Steps You Can Take to Help Protect Your Information" for additional resources, including instructions on how to enroll in the complimentary credit monitoring services. Please note that you must enroll yourself into the credit monitoring services as we cannot enroll you on your behalf.