**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | | |
|---|---|---|
| CALVIN SMITH and ANGEL OBANDO, individually and on behalf of all others similarly situated, | ) ) ) | Case No. 3:25-CV-01937-JZ |
| | ) | |
| Plaintiffs, | ) | JUDGE JACK ZOUHARY |
| v. | ) | |
| | ) | |
| ANTONIO SOFO & SON IMPORTING CO., | ) | |
| | ) | |
| Defendant. | ) | |

## DEFENDANT, ANTONIO SOFO & SON IMPORTING CO.'S ANSWER TO CONSOLIDATED CLASS ACTION COMPLAINT

Defendant, ANTONIO SOFO & SON IMPORTING CO., by and through their attorneys, FREEMAN MATHIS & GARY LLP, and for its Answer to Plaintiffs 'Consolidated Class Action Complaint, states as follows:

## INTRODUCTION

1.     Admitted in part, denied in part. Defendant admits that Plaintiffs purport to bring a class action. The remaining allegations in Paragraph 1 are denied.

2.     Defendant denies the allegations in Paragraph 2 of the Complaint.

3.     Defendant admits the allegations contained in Paragraph 3 of the Complaint.

4.     Admitted in part, denied in part. Defendant admits that on August 12, 2025, it detected and stopped a network security incident. The remaining allegations in Paragraph 4 are denied.

5.     Admitted in part, denied in part. Defendant admits that it detected and stopped a network security incident. The remaining allegations in Paragraph 5 are denied.

6.      Defendant denies the allegations in Paragraph 6 of the Complaint.

7.      Admitted in part, denied in part. Defendant admits that it sent notice letters to individuals. The remaining allegations in Paragraph 7 are denied.

8.      Defendant denies the allegations in Paragraph 8 of the Complaint.

9.      Defendant denies the allegations in Paragraph 9 of the Complaint.

10.     Defendant denies the allegations in Paragraph 10 of the Complaint.

11.     Defendant denies the allegations in Paragraph 11 of the Complaint.

12.     Defendant denies the allegations in Paragraph 12 of the Complaint.

13.     Defendant denies the allegations in Paragraph 13 of the Complaint.

14.     Admitted in part, denied in part. Defendant admits that Plaintiff's purport to bring a class action. The remaining Allegations of Paragraph 14 are denied.

15.     Admitted in part, denied in part. Defendant admits that Plaintiff purports to bring claims and seek remedies. The remaining allegations in Paragraph 15 are denied.

16.     Defendant denies the allegations in Paragraph 16 of the Complaint.

## PARTIES

17.     Denied. Defendant lacks sufficient information to form a belief about the truth of the allegations in Paragraph 17. Accordingly, the allegations in Paragraph 17 are denied.

18.     Denied. Defendant lacks sufficient information to form a belief about the truth of the allegations in Paragraph 18. Accordingly, the allegations in Paragraph 18 are denied.

19.     Defendant admits the allegations of Paragraph 19 of the Complaint.

2

## JURISDICTION AND VENUE

20.     Admitted except to state that Defendant does not agree that Plaintiffs are entitled to any damages.

21.     Defendant admits the allegations of Paragraph 21 of the Complaint.

22.     Admitted in part, denied in part. Defendant admits that venue is proper. The remaining allegations in Paragraph 22 are denied.

## FACTUAL ALLEGATIONS

### A.     Background on Defendant

23.     Admitted in part, denied in part. Defendant admits that it is a food distributor. The remaining allegations in Paragraph 23 are denied.

24.     Defendant denies the allegations in Paragraph 24 of the Complaint.

25.     Denied. Defendant lacks sufficient information to form a belief about the truth of the allegations in Paragraph 25. Accordingly, the allegations in Paragraph 25 are denied.

26.     Defendant denies the allegations in Paragraph 26 of the Complaint.

### B.     The Data Breach

27.     Admitted in part, denied in part. Defendant admits that on August 12, 2025, it detected and stopped a network security incident. The remaining allegations in Paragraph 27 are denied.

28.     Admitted in part, denied in part. Defendant admits that on August 12, 2025, it detected and stopped a network security incident. The remaining allegations in Paragraph 28 are denied.

29.     Defendant denies the allegations in Paragraph 29 of the Complaint.

3

30.     Admitted in part, denied in part. Defendant admits that it sent notice letters to former or current employees. The remaining allegations in Paragraph 30 are denied.

31.     Defendant denies the allegations in Paragraph 31 of the Complaint.

32.     Admitted in part, denied. Defendant admits that it sought to minimize damage. The remaining allegations in Paragraph 32 are denied.

33.     Defendant denies the allegations in Paragraph 33 of the Complaint.

**C.      Defendant's Failure to Prevent and Identify the Data Breach**

34.     Admitted in part, denied in part. Defendant admits that it stopped an unauthorized entry into its network. The remaining allegations of Paragraph 34 are denied.

35.     Defendant denies the allegations in Paragraph 35 of the Complaint.

36.     Defendant denies the allegations in Paragraph 36 of the Complaint.

37.     Admitted in part, denied in part. The Defendant admits that the FTC has guidance for businesses for cybersecurity. The remaining allegations in Paragraph 37 are denied.

**D.      Defendant Knew—or Should Have Known—of the Risk of a Data Breach**

38.     Defendant denies the allegations in Paragraph 38 of the Complaint.

39.     Admitted in part, denied in part. Defendant admits that it was aware of an increase in attacks. The remaining allegations in Paragraph 39 are denied for a lack of sufficient information to form a belief about the truth of the allegations in Paragraph 39.

40.     Admitted in part, denied in part. Defendant admits that it was aware of hacks. The remaining allegations in Paragraph 40 are denied for a lack of sufficient information to form a belief about the truth of the allegations in Paragraph 40.

41.     Denied. Defendant lacks sufficient information to form a belief about the truth of the allegations in Paragraph 41.

42.     Denied. Defendant lacks sufficient information to form a belief about the truth of the allegations in Paragraph 42.

43.     Defendant denies the allegations in Paragraph 43 of the Complaint.

44.     Defendant denies the allegations in Paragraph 44 of the Complaint.

45.     Defendant denies the allegations in Paragraph 45 of the Complaint.

**E.     Plaintiffs 'Experiences and Injuries**

*Plaintiff Smith s Experience*

46.     Admitted in part, denied in part. Defendant admits that Plaintiff Smith was an employee of the Defendant. The remaining allegations of Paragraph 46 are denied.

47.     Admitted in part, denied in part. Defendant admits that it obtained and maintained personal data of Plaintiff Smith. The remaining allegations of Paragraph 47 are denied.

48.     Admitted in part, denied in part. Defendant admits that it obtained and maintained personal data of Plaintiff Smith. The remaining allegations of Paragraph 48 are denied.

49.     Admitted in part, denied in part. Defendant admits that it sent a Notice letter to Plaintiff Smith. The remaining allegations of Paragraph 49 are denied.

50.     Defendant denies the allegations in Paragraph 50 of the Complaint.

51.     Defendant denies the allegations in Paragraph 51 of the Complaint.

52.     Defendant denies the allegations in Paragraph 52 of the Complaint.

53.     Defendant denies the allegations in Paragraph 53 of the Complaint.

54.     Denied. Defendant lacks sufficient information to form a belief about the truth of the allegations in Paragraph 54. Accordingly, the allegations in Paragraph 54 are denied.

55.     Denied. Defendant lacks sufficient information to form a belief about the truth of the allegations in Paragraph 55. Accordingly, the allegations in Paragraph 55 are denied.

56.     Denied. Defendant lacks sufficient information to form a belief about the truth of the allegations in Paragraph 56. Accordingly, the allegations in Paragraph 56 are denied.

57.     Denied. Defendant lacks sufficient information to form a belief about the truth of the allegations in Paragraph 57. Accordingly, the allegations in Paragraph 57 are denied.

58.     Denied. Defendant lacks sufficient information to form a belief about the truth of the allegations in Paragraph 58. Accordingly, the allegations in Paragraph 58 are denied.

59.     Defendant denies the allegations in Paragraph 59 of the Complaint.

60.     Defendant denies the allegations in Paragraph 60 of the Complaint.

61.     Denied. Defendant lacks sufficient information to form a belief about the truth of the allegations in Paragraph 61. Accordingly, the allegations in Paragraph 61 are denied.

62.     Denied. Defendant lacks sufficient information to form a belief about the truth of the allegations in Paragraph 62. Accordingly, the allegations in Paragraph 62 are denied.

### *Plaintiff Obando s Experience*

63.     Admitted in part, denied in part. Defendant admits that Plaintiff Obando was at one point an employee of the Defendant. The remaining allegations of Paragraph 63 are denied.

64.     Admitted in part, denied in part. Defendant admits that it obtained and maintained personal data of Plaintiff Obando. Defendant also admits that Plaintiff Obando received a notice letter. The remaining allegations of Paragraph 64 are denied.

6

65.     Denied. Defendant lacks sufficient information to form a belief about the truth of the allegations in Paragraph 65. Accordingly, the allegations in Paragraph 65 are denied.

66.     Admitted in part, denied in part. Defendant admits that it provided instructions on credit monitoring via the Notice letter. The remaining allegations of Paragraph 66 are denied.

67.     Denied. Defendant lacks sufficient information to form a belief about the truth of the allegations in Paragraph 67. Accordingly, the allegations in Paragraph 67 are denied.

68.     Defendant denies the allegations in Paragraph 68 of the Complaint.

69.     Defendant denies the allegations in Paragraph 69 of the Complaint.

70.     Denied. Defendant lacks sufficient information to form a belief about the truth of the allegations in Paragraph 70. Accordingly, the allegations in Paragraph 70 are denied.

71.     Denied. Defendant lacks sufficient information to form a belief about the truth of the allegations in Paragraph 71. Accordingly, the allegations in Paragraph 71 are denied.

**F.      Plaintiffs and Class Members Suffered Common Injuries and Damages Due to Defendant's Conduct.**

72.     Defendant denies the allegations in Paragraph 72 of the Complaint.

73.     Defendant denies the allegations in Paragraph 73 of the Complaint.

74.     Defendant denies the allegations in Paragraph 74 of the Complaint.

75.     Defendant denies the allegations in Paragraph 75 of the Complaint.

76.     Defendant denies the allegations in Paragraph 76 of the Complaint.

77.     Defendant denies the allegations in Paragraph 77 of the Complaint.

78.     Defendant denies the allegations in Paragraph 78 of the Complaint.

79.     Defendant denies the allegations in Paragraph 79 of the Complaint.

80.     Defendant denies the allegations in Paragraph 80 of the Complaint.

81.     Defendant denies the allegations in Paragraph 81 of the Complaint.

82.     Denied. Defendant lacks sufficient information to form a belief about the truth of the allegations in Paragraph 82. Accordingly, the allegations in Paragraph 82 are denied.

83.     Defendant denies the allegations in Paragraph 83 of the Complaint.

84.     Defendant denies the allegations in Paragraph 84 of the Complaint.

85.     Defendant denies the allegations in Paragraph 85 of the Complaint.

86.     Defendant denies the allegations in Paragraph 86 of the Complaint.

87.     Denied. Defendant lacks sufficient information to form a belief about the truth of the allegations in Paragraph 87. Accordingly, the allegations in Paragraph 87 are denied.

88.     Denied. Defendant lacks sufficient information to form a belief about the truth of the allegations in Paragraph 88. Accordingly, the allegations in Paragraph 88 are denied.

89.     Denied. Defendant lacks sufficient information to form a belief about the truth of the allegations in Paragraph 89. Accordingly, the allegations in Paragraph 89 are denied.

90.      Defendant denies the allegations in Paragraph 90 of the Complaint.

**G.     Substantial Increased Risk of Continued Identity Theft**

91.     Defendant denies the allegations in Paragraph 91 of the Complaint.

92.     Defendant admits the allegations in Paragraph 92 of the Complaint.

93.     Admitted in part, denied in part. Defendant admits that Plaintiffs quote from a regulation. The remaining allegations in Paragraph 93 are denied.

94.     Denied. Defendant lacks sufficient information to form a belief about the truth of the allegations in Paragraph 94. Accordingly, the allegations in Paragraph 94 are denied.

95.     Admitted in part, denied in part. Defendant admits that there is part of the internet referred to as "the dark web." The remaining allegations in Paragraph 95 are denied.

96.     Admitted in part, denied in part. Defendant admits that the CIA's web address is cia.gov. The remaining allegations in Paragraph 96 are denied.

97.     Admitted in part, denied in part. Defendant admits that Plaintiffs cite from a statement from the U.S. DOJ. The remaining allegations of Paragraph 97 are denied.

98.     Defendant denies the allegations in Paragraph 98 of the Complaint.

99.     Denied. Defendant lacks sufficient information to form a belief about the truth of Allegations in Paragraph 99. Accordingly, the allegations in Paragraph 99 are denied.

100.Denied. Defendant lacks sufficient information to form a belief about the truth of the Allegations in Paragraph 100. Accordingly, the allegations in Paragraph 100 are denied.

101.     Denied. Defendant lacks sufficient information to form a belief about the truth of the Allegations in Paragraph 101. Accordingly, the allegations in Paragraph 101 are denied.

102.     Denied. Defendant lacks sufficient information to form a belief about the truth of the Allegations in Paragraph 102. Accordingly, the allegations in Paragraph 102 are denied.

103.     Denied. Defendant lacks sufficient information to form a belief about the truth of the Allegations in Paragraph 103. Accordingly, the allegations in Paragraph 103 are denied.

104.     Denied. Defendant lacks sufficient information to form a belief about the truth of the Allegations in Paragraph 104. Accordingly, the allegations in Paragraph 104 are denied.

105.     Defendant denies the allegations in Paragraph 105 of the Complaint.

106.     Defendant denies the allegations in Paragraph 106 of the Complaint.

107.     Admitted in part, denied in part. Defendant admits that Plaintiffs cite from a report. The remaining allegations in Paragraph 107 are denied.

108.     Admitted in part, denied in part. Defendant admits that Plaintiffs cite from a report. The remaining allegations in Paragraph 108 are denied.

109.     Defendant denies the allegations in Paragraph 109 of the Complaint.

110.     Defendant denies the allegations in Paragraph 110 of the Complaint.

111.     Defendant denies the allegations in Paragraph 111 of the Complaint.

**H.     Loss of Time to Mitigate the Risk of Identify Theft and Fraud**

112.     Defendant denies the allegations in Paragraph 112 of the Complaint.

113.     Admitted in part, denied in part. Defendant admits that Plaintiffs cite from a GAO report. The remaining allegations in Paragraph 113 are denied.

114.     Defendant denies the allegations in Paragraph 114 of the Complaint.

115.     Denied. Defendants lack sufficient information to form a belief about the truth of the allegations in Paragraph 115. Accordingly, the allegations in Paragraph 115 are denied.

116.     Admitted in part, denied in part. Defendants admit that the FTC has guidance on how potential victims of data breaches proceed following notice. The remaining allegations of Paragraph 116 are denied.

117.     Defendant denies the allegations in Paragraph 117 of the Complaint.

**I.     Diminished Value of Private Information**

118.     Defendant denies the allegations in Paragraph 118 of the Complaint.

119.     Defendant denies the allegations in Paragraph 119 of the Complaint.

120.    Denied. Defendants lack sufficient information to form a belief about the truth of the allegations in Paragraph 120. Accordingly, the allegations of Paragraph 120 are denied.

121.    Denied. Defendants lack sufficient information to form a belief about the truth of the allegations in Paragraph 121. Accordingly, the allegations of Paragraph 121 are denied.

122.    Defendant denies the allegations in Paragraph 122 of the Complaint.

123.    Defendant denies the allegations in Paragraph 123 of the Complaint.

**J.      Future Cost of Credit and Identity Theft Monitoring is Reasonable and Necessary.**

124.    Defendant denies the allegations in Paragraph 124 of the Complaint.

125.    Defendant denies the allegations in Paragraph 125 of the Complaint.

126.    Denied. Defendant lacks sufficient information to form a belief about the truth of the allegations in Paragraph 126. Accordingly, the allegations in Paragraph 126 are denied.

127.    Defendant denies the allegations in Paragraph 127 of the Complaint.

128.    Defendant denies the allegations in Paragraph 128 of the Complaint.

129.    Defendant denies the allegations in Paragraph 129 of the Complaint.

130.    Defendant denies the allegations in Paragraph 130 of the Complaint.

**K.      Lost Benefit of the Bargain**

131.    Defendant denies the allegations in Paragraph 131 of the Complaint.

132.    Defendant denies the allegations in Paragraph 132 of the Complaint.

133.    Defendant denies the allegations in Paragraph 133 of the Complaint.

134.    Admitted in part, denied in part. Defendant admits that Plaintiffs quote from a consumer privacy study. The remaining allegations in Paragraph 134 are denied.

135.    Admitted in part, denied in part. Defendant admits that Plaintiffs quote from a report. The remaining allegations in Paragraph 135 are denied.

136.    Defendant denies the allegations in Paragraph 136 of the Complaint.

**L.    Defendant Could Have Prevented the Data Breach.**

137.    Admitted in part, denied in part. Defendant admits that Plaintiffs quote from a web post and that it contains statements quoted. The remaining allegations in Paragraph 137 are denied.

138.    Admitted in part, denied in part. Defendant admits that Plaintiffs quote from a web post and that it contains statements quoted. The remaining allegations in Paragraph 138 are denied.

139.    Admitted in part, denied in part. Defendant admits that FTC has published guidelines for businesses. The remaining allegations in Paragraph 139 are denied.

140.    Admitted in part, denied in part. Defendant admits that FTC has published guidelines for businesses. The remaining allegations in Paragraph 140 are denied.

**M.    Defendant Failed to Adhere to FTC Guidelines.**

141.    Admitted in part, denied in part. Defendant admits that FTC has published guidelines for businesses. The remaining allegations in Paragraph 141 are denied.

142.    Admitted in part, denied in part. Defendant admits that Plaintiffs quote from a publication and that it contains statements quoted. The remaining allegations in Paragraph 142 are denied.

143.    Admitted in part, denied in part. Defendant admits that FTC has published guidelines for businesses. The remaining allegations in Paragraph 143 are denied.

144.    Admitted in part, denied in part. Defendant admits that FTC has published guidelines for businesses. The remaining allegations in Paragraph 144 are denied.

145.     Admitted in part, denied in part. Defendant admits that FTC brought enforcement actions against businesses. The remaining allegations in Paragraph 145 are denied.

146.     Defendant denies the allegations in Paragraph 146 of the Complaint.

**N.     Defendant Failed to Follow Industry Standards.**

147.     Denied. Defendant lacks sufficient information to form a belief about the truth of the allegations in Paragraph 147. Accordingly, the allegations in Paragraph 147 are denied.

148.     Admitted in part, denied in part. Defendant admits that several best practices have been identified. Defendant also admits that the following are data security practices: educating all employees regarding cybersecurity; strong passwords; multi-layer security, including firewalls, anti-virus, and anti- malware software; encryption (making data unreadable without a key); multi-factor authentication; backup data; and limiting which employees can access sensitive data. The remaining allegations of Paragraph 148 are denied.

149.     Admitted in part, denied in part. Defendant admits that several best practices have been identified. Defendant also admits that the following are data security practices: installing appropriate malware detection software; monitoring and limiting the network ports; protecting web browsers and email management systems; setting up network systems such as firewalls, switches, and routers; monitoring and protection of physical security systems; protection against any possible communication system; and training staff regarding critical points. The remaining allegations of Paragraph 149 are denied.

150.     Admitted in part, denied in part. Defendant admits that there should be time limits on data storage. The remaining allegations of Paragraph 150 are denied.

151.     Defendant denies the allegations in Paragraph 151 of the Complaint.

152.    Defendant denies the allegations in Paragraph 152 of the Complaint.

**CLASS ALLEGATIONS**

153.    Admitted in part, denied in part. Defendant admits that Plaintiffs purport to bring a class action on behalf of the alleged class. The remaining allegations in Paragraph 153 are denied.

154.    Admitted in part, denied in part. Defendant admits that Plaintiffs purport to exclude certain people from the class certification. The remaining allegations in Paragraph 154 are denied.

155.    Admitted in part, denied in part. Defendant admits that Plaintiffs purport to reserve their rights. The remaining allegations in Paragraph 155 are denied.

156.    Defendant denies the allegations in Paragraph 156 of the Complaint.

157.    Defendant denies the allegations in Paragraph 157 of the Complaint.

158.    Defendant denies the allegations in Paragraph 158 of the Complaint.

159.    Defendant denies the allegations in Paragraph 159 of the Complaint.

160.    Defendant denies the allegations in Paragraph 160 of the Complaint.

161.    Defendant denies the allegations in Paragraph 161 of the Complaint.

162.    Defendant admits the allegations in Paragraph 162 of the Complaint.

163.    Denied. Defendants lack sufficient information to form a belief about the truth of the allegations in Paragraph 163. Accordingly, the allegations in Paragraph 163 are denied.

164.    Denied. Defendants lack sufficient information to form a belief about the truth of the allegations in Paragraph 164. Accordingly, the allegations in Paragraph 164 are denied.

165.    Defendant denies the allegations in Paragraph 165 of the Complaint.

**CAUSES OF ACTION**
**COUNT I**
**NEGLIGENCE**
**(On Behalf of Plaintiffs and the Class)**

166.     Defendant incorporates responses 1-165 in response to Plaintiff's incorporation.

167.     Admitted in part, denied in part. Defendant admits that Plaintiffs purport to bring a

claim on behalf of a class. The remaining allegations in Paragraph 167 are denied.

168.     Defendant denies the allegations in Paragraph 168 of the Complaint.

169.     Defendant denies the allegations in Paragraph 169 of the Complaint.

170.     Defendant denies the allegations in Paragraph 170 of the Complaint.

171.     Defendant denies the allegations in Paragraph 171 of the Complaint.

172.     Defendant denies the allegations in Paragraph 172 of the Complaint.

173.     Defendant denies the allegations in Paragraph 173 of the Complaint.

174.     Defendant denies the allegations in Paragraph 174 of the Complaint.

175.     Defendant denies the allegations in Paragraph 175 of the Complaint.

176.     Defendant denies the allegations in Paragraph 176 of the Complaint.

177.     Defendant denies the allegations in Paragraph 177 of the Complaint.

178.     Defendant denies the allegations in Paragraph 178 of the Complaint.

179.     Defendant denies the allegations in Paragraph 179 of the Complaint.

180.      Defendant denies the allegations in Paragraph 180 of the Complaint.

181.     Defendant denies the allegations in Paragraph 181 of the Complaint.

182.     Defendant denies the allegations in Paragraph 182 of the Complaint.

15

**COUNT II**
**NEGLIGENCE *PER SE***
**(On Behalf of Plaintiffs and the Class)**

183.     Defendant incorporates responses 1-182 in response to Plaintiff's incorporation.

184.     Admit in part, denied in part. Defendant admits that Plaintiff quote the FTC Act and that the FTC Act contains statements quoted. The remaining allegations in Paragraph 184 are denied.

185.     Defendant denies the allegations in Paragraph 185 of the Complaint.

186.     Defendant denies the allegations in Paragraph 186 of the Complaint.

187.     Defendant denies the allegations in Paragraph 187 of the Complaint.

188.     Defendant denies the allegations in Paragraph 188 of the Complaint.

189.     Defendant denies the allegations in Paragraph 189 of the Complaint.

190.     Defendant denies the allegations in Paragraph 190 of the Complaint.

191.     Defendant denies the allegations in Paragraph 191 of the Complaint.

**COUNT III**
**UNJUST ENRICHMENT**
**(On Behalf of Plaintiffs and the Class)**

192.     Defendant incorporates responses 1-191 in response to Plaintiff's incorporation.

193.     Admitted in part, denied in part. Defendant admits that Plaintiffs purport to allege this claim in the alternative. The remaining allegations in Paragraph 193 are denied.

194.     Defendant denies the allegations in Paragraph 194 of the Complaint.

195.     Defendant denies the allegations in Paragraph 195 of the Complaint.

196.     Defendant denies the allegations in Paragraph 196 of the Complaint.

197.     Defendant denies the allegations in Paragraph 197 of the Complaint.

## COUNT IV
## BREACH OF IMPLIED CONTRACT
### (On Behalf of Plaintiffs and the Class)

198.    Defendant incorporates responses 1-197 in response to Plaintiff's incorporation.

199.    Admitted in part, denied in part. Defendant admits that Plaintiffs purport to allege this claim in the alternative. The remaining allegations in Paragraph 199 are denied.

200.    Defendant denies the allegations in Paragraph 200 of the Complaint.

201.    Defendant denies the allegations in Paragraph 201 of the Complaint.

202.    Defendant denies the allegations in Paragraph 202 of the Complaint.

203.    Defendant denies the allegations in Paragraph 203 of the Complaint.

204.    Defendant denies the allegations in Paragraph 204 of the Complaint.

205.    Defendant denies the allegations in Paragraph 205 of the Complaint.

206.    Defendant denies the allegations in Paragraph 206 of the Complaint.

207.    Defendant denies the allegations in Paragraph 207 of the Complaint.

## ADDITIONAL AND AFFIRMATIVE DEFENSES

Defendant alleges the following additional and affirmative defenses:

### Standing

1.    Plaintiffs and the class members lack standing under Article III of the U.S. Constitution because they have not alleged an injury-in-fact traceable to Defendant that can remedy the alleged harm.

### Failure to State a Claim

2.    Plaintiffs have failed to state a claim upon which relief can be granted.

**Present Injuries and Actual Damages**

3.      Plaintiffs lack recoverable damages based on present injuries caused by Defendant.

**Comparative and Third-Party Fault**

4.      Plaintiffs' injuries or damages were caused by a third party not before the Court, including, but not limited to, any persons who misused Plaintiffs' personal information.

5.      Plaintiffs' injuries were caused by idiosyncratic causes that Defendant cannot control

6.      Plaintiffs failed to adequately protect their information from misuse arising from incidents other than the one involving Defendant.

7.      Plaintiffs' data was published on the Dark Web before the data incident experienced by Defendant.

8.      Plaintiffs' data had been compromised in security incidents other than the one involving Defendant.

9.      If Plaintiffs or any member of any class have been injured or damaged, any damage, loss, or liability sustained by Plaintiffs or the class members must be reduced, diminished, and/or barred in proportion to the wrongful or negligent conduct of persons or entities other than Defendant under the principles of equitable allocation, recoupment, set-off, proportionate responsibility, and comparative fault.

**Proximate Cause**

10.     Plaintiffs' injuries were not proximately caused by the data security incident or Defendant's acts or omissions and were caused by other non-party acts or omissions.

18

**Economic Loss Rule**

11.     Plaintiffs' tort claims are barred by the economic loss rule. Plaintiffs have not alleged a claim in the nature of tort and cannot recover tort damages for a purely economic loss.

**Offer and Acceptance**

12.     Plaintiffs and Defendant did not expressly nor implicitly agree to any specific level of data security.

**Lack of Consideration**

13.     Alternatively, any alleged agreement lacked consideration required to make it enforceable.

**Performance**

14.     Alternatively, Defendant fulfilled its security and notice obligations to Plaintiff and remedied any problems resulting from the data incident by taking remedial measures and offering Plaintiffs credit monitoring.

**Impracticability and Impossibility**

15.     Alternatively, the nature of the data incident involving Defendant made it impracticable, if not impossible, to perform any alleged security or notice obligations. Defendant's performance was excused.

**Mitigation of Damages**

16.     Plaintiffs have failed to mitigate their alleged damages.

**Not Suitable for Class Action Treatment**

17.     This action is not suitable for class action treatment under Federal Rule of Civil Procedure 23 and the Seventh Amendment and Due Process Clause of the U.S. Constitution.

### Punitive Damages and Statutory Caps

18.     This action is subject to the substantive due process limits for punitive damages and damage caps under the laws of Ohio and other applicable states.

Respectfully submitted,

/s/ Amy C. Baughman

AMY C. BAUGHMAN (0077621)
**FREEMAN MATHIS & GARY, LLP**
3201 Enterprise Parkway, Suite 190
Cleveland, Ohio 44122
Telephone:      (216) 329-4872
Facsimile:      (888) 356-3596
E-mail:           amy.baughman@fmglaw.com

-and-

JUSTIN BORON
**FREEMAN MATHIS & GARY**
1600 Market St, Suite 2700
Philadelphia, Pennsylvania 19103
Telephone:   (215) 789-4919
E-mail:          Jboron@fmglaw.com
*Pro Hac Vice*

*Attorneys for Defendant
Antonio Sofo & Son Importing Co.*

20

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 16th day of January, 2026, the foregoing Answer to Plaintiff's Consolidated Class Action Complaint was filed via the Court's electronic filing system (CM/ECF), which will send electronic notification of such filing to all parties represented by attorneys who are registered CM/ECF users.

*/s/ Amy C. Baughman*

_____

*One of the Attorneys for Defendant*
*Antonio Sofo & Son Importing Co.*