Approved. Case closed.

*s/ Jack Zouhary*
U.S. DISTRICT JUDGE

March 31, 2026

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| CALVIN SMITH and ANGEL OBANDO, *individually and on behalf of all others similarly situated*, <br><br> Plaintiffs, <br><br> v. <br><br> ANTONIO SOFO & SONS IMPORTING COMPANY, <br><br> Defendant. | Case No. 3:25-cv-01937 <br><br> Judge Jack Zouhary <br><br> **STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

Plaintiffs Calvin Smith and Angel Obando and Defendant Antonio Sofo & Sons Importing

Company by and through their undersigned counsel, hereby stipulate to the voluntary dismissal

of this action without prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), each party to bear their

own costs and fees.

Dated:  March 30, 2026                          Respectfully submitted,

*/s/ Justin Boron*                              */s/ Terence R. Coates*
*(by email authorization)*                      Terence R. Coates (0085579)
Justin Boron (pro hac vice)                     **MARKOVITS, STOCK & DEMARCO, LLC**
**FREEMAN MATHIS & GARY, LLP**                  119 East Court Street, Suite 530
1600 Market Street, Suite 2700                  Cincinnati, Ohio 45202
Philadelphia, PA 19103                          Telephone: (513) 651-3700
T: 215-789-4919                                 Facsimile: (513) 665-0219
jboron@fmglaw.com                               tcoates@msdlegal.com

Amy C. Baughman (0077621)                       *Attorneys for Plaintiffs*
**FREEMAN MATHIS & GARY, LLP**
3201 Enterprise Parkway, Suite 190
Cleveland, OH 44122
T: (216) 329-4872
Amy.baughman@fmglaw.com

*Counsel for Defendant*
*Antonio Sofo & Sons Importing Company*

## CERTIFICATE OF SERVICE

I hereby certify that on March 30, 2026, I served this Notice upon counsel for all parties by filing it with the Court's electronic-filing system in accordance with Fed. R. Civ. P. 5(b)(2)(E).

> */s/ Terence R. Coates*
> Terence R. Coates (0085579)